IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

RE: Appointment of SUZANNE H. MINGLEDORFF
Chief United States Probation Officer

MC117-006

## ORDER

**IT IS HEREBY ORDERED** by the Judges of this Court that SUZANNE H. MINGLEDORFF be and is hereby appointed as Chief United States Probation Officer for the Southern District of Georgia.

**SO ORDERED**, this 2nd day of October, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
United States District Court
Southern District of Georgia